1  CHRISTOPHER CHIOU
   Acting United States Attorney
2  District of Nevada
   Nevada Bar Number 14853
3  ALLISON REESE
   Nevada Bar Number 13977
4  Assistant United States Attorney
   501 Las Vegas Blvd. South, Suite 1100
5  Las Vegas, Nevada 89101
   Phone: (702) 388-6336
6  Email: allison.reese@usdoj.gov
   *Attorneys for the United States of America*

7
                    **UNITED STATES DISTRICT COURT**
8                        **DISTRICT OF NEVADA**

9  UNITED STATES OF AMERICA,

10                          Plaintiff,          **COMPLAINT**

11  vs.                                         **Magistrate No.**    2:22-MJ-109-VCF

12  GEORGE PEREZ,                               **VIOLATIONS:**

13                          Defendant.          18. U.S.C. § 1951(a) - *Interference with Commerce by Robbery*

14                                              18 U.S.C. § 924(c)(1)(A)(ii) – *Brandishing a Firearm During and in Relation to a Crime of*
15                                              *Violence*

16                                              18 U.S.C. § 922(g)(1) – *Felon in Possession of a Firearm*

17

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

1    BEFORE the United States Magistrate Judge, Las Vegas, Nevada, the undersigned

2    Complainant, being duly sworn, deposes and states:

3    ## COUNT ONE
     *Interference with Commerce by Robbery*
4    (18 U.S.C. § 1951(a))

5    On or about January 19, 2022, in the State and Federal District of Nevada,

6    **GEORGE PEREZ,**

7    defendant herein, did knowingly obstruct, delay, affect, and attempt to obstruct, delay and

8    affect commerce as that term is defined in Title 18, United States Code, section 1951(b)(3), and

9    the movement of articles and commodities in such commerce, by robbery as that term is

10   defined in Title 18, United States Code, Section 1951(b)(1), in that the defendant did unlawfully

11   take and obtain property, to wit: approximately four hundred, thirteen dollars ($413) in United

12   States currency, from the person and in the presence of an employee and agent of the Ross

13   Dress for Less, located at 1720 E. Charleston Blvd, Las Vegas, Nevada, against the will of said

14   employee and agent, and by means of actual and threatened force, physical violence, and fear

15   of injury to the person of said employee and agent; all in violation of Title 18, United States

16   Code, Section 1951.

17   ## COUNT TWO
     *Brandishing a Firearm During and in Relation to a Crime of Violence*
18   (18 U.S.C. § 924(c)(1)(A)(ii))

19   On or about January 19, 2022, in the State and Federal District of Nevada,

20   **GEORGE PEREZ,**

21   defendant herein, during and in relation to a crime of violence charged in Count One of this

22   Criminal Complaint, knowingly carried and used a firearm, to wit: s semi-automatic handgun,

23   said firearm being brandished; all in violation of Title 18, United States Code, Section

24   924(c)(1)(A)(ii).

**COUNT THREE**
*Felon in Possession of a Firearm*
(18 U.S.C. § 922(g)(1) and 924(a)(2))

On or about January 25, 2022, in the State and Federal District of Nevada,

**GEORGE PEREZ,**

the defendant herein, knowing he had previously been convicted of a crime punishable by

imprisonment for a term exceeding a year, to wit: Possession of a Controlled Substance in the

Eighth Judicial District Court for Clark County, Nevada on or about October 31, 2001, in

Case No. C175812; Attempt Possession of a Controlled Substance with Intent to Sell, in the

Eighth Judicial District Court for Clark County, Nevada on or about January 24, 2006, in

Case No. C216823; Burglary in the Eighth Judicial District Court for Clark County, Nevada

on or about March 31, 2006, in Case No. C218032; Possession of Credit or Debit Card

without Cardholder's Consent in the Eighth Judicial District Court for Clark County, Nevada

on or about January 5, 2011, in Case No. C263981; and Burglary in the Eighth Judicial

District Court for Clark County, Nevada on or about February 8, 2011, in Case No. C268799;

did knowingly possess a firearm, to wit: a Taurus G2 9mm handgun bearing serial number

TMT23245, said possession being in and affecting interstate commerce, and said firearm

having been shipped and transported in interstate commerce, all in violation of Title 18,

United States Code, Sections 922(g)(1) and 924(a)(2).

**PROBABLE CAUSE AFFIDAVIT**

1.      Your Complainant is a Special Agent with the Federal Bureau of Investigation

(FBI), having been so employed since January 2018, and is currently assigned to the Las Vegas

Field Office's Safe Streets Gang Task Force and Violent Crimes Task Force. Prior to your

Complainant's appointment as a Special Agent, your Affiant was a commissioned law

enforcement officer with the New Mexico State Police for approximately five years within the

1    patrol and criminal investigation division. As an FBI Agent, your Complainant was previously

2    assigned to the FBI Sacramento Strike Force focusing on transnational organized crime,

3    western hemisphere (TOC-W) involving large-scale drug trafficking and money laundering by

4    drug cartels. Currently, your Complainant is responsible for investigating a variety of violent

5    crimes, to include bank robbery, kidnapping, extortion, Hobbs Act robbery, carjacking, assault

6    and murder of federal officers, racketeering related violent offenses, as well as long-term

7    investigations into the activities and operations of career criminals, criminal enterprises, drug

8    trafficking organizations, and violent street gangs. Your Complainant has experience in

9    conducting criminal investigations, including the investigation of criminal groups and

10   conspiracies, as well as the collection of evidence and the identification and use of witnesses.

11          2.      The information used to support this Complaint was derived from reports of

12   information obtained from eyewitnesses to the offenses described herein as well as

13   investigations conducted by law enforcement related to the incidents. This Complaint contains

14   information necessary to support probable cause to believe that the criminal offenses described

15   herein were committed by the defendant, **GEORGE PEREZ**, and is not intended to include

16   each and every fact and matter observed or known by me.  Moreover, to the extent that this

17   Complaint contains statements by witnesses, those statements are set forth only in part and in

18   substance and are intended to accurately convey the information, but not to be verbatim

19   recitations.

20                        **FACTS ESTABLISHING PROBABLE CAUSE**

21          3.      On January 19, 2022, Las Vegas Metropolitan Police Department (LVMPD)

22   patrol officers were dispatched to a report of an armed robbery at the Ross Dress for Less

23   located at 1720 E. Charleston Blvd., Las Vegas, Nevada 89101. Prior to the report, an adult

24   male (later identified as George PEREZ) entered the Ross Dress for Less. PEREZ approached

1    cash register number four with socks in his hands and placed the socks on the counter. The

2    cashier scanned the socks and PEREZ gave the cashier a ten-dollar ($10) bill to pay. When the

3    cashier opened the cash register to give PEREZ change, PEREZ produced a black handgun

4    with a silver barrel and pointed it at the cashier. In response, the cashier pulled approximately

5    two hundred dollars ($200) from the cash register. PEREZ refused and stated, "No,

6    everything." The cashier then removed the drawer from the cash register and placed it on the

7    counter. PEREZ momentarily placed the firearm on the counter and grabbed approximately

8    four hundred, thirteen dollars ($413) from the drawer, and ran out the front door. The

9    encounter was captured on store surveillance cameras. PEREZ was described as an Hispanic or

10   Black male adult, medium build, 5'6"-5'8", wearing a black balaclava, black hoodie, black

11   pants, and black shoes. PEREZ also had a noticeable hobble in his gait when walking through

12   the store.

13          4.      On January 20, 2022, LVMPD patrol officers were dispatched to a report of an

14   armed robbery at the Shoe Palace located at 3528 S. Maryland Parkway, Las Vegas, Nevada

15   89101. Prior to the report, PEREZ entered the Shoe Palace and was assisted by an employee

16   who helped PEREZ select a Raiders football team jacket. PEREZ then approached the cashier

17   with the jacket in his hand to purportedly purchase the jacket. PEREZ produced a black semi-

18   automatic handgun, pointed it at the cashier, and demanded money from the cash register.

19   In response, the cashier pulled approximately two hundred dollars ($200) from the cash register

20   and gave it to PEREZ. PEREZ then left towards the front of the store but returned to the

21   register area and demanded the cashier give PEREZ all the money in the cash register. The

22   cashier then gave PEREZ two-hundred dollars ($200) more from another register. PEREZ then

23   left with the Raiders jacket and currency through the front door of the business. The encounter

24

1   was captured on store surveillance cameras. PEREZ was described as a Black male adult,

2   heavy build, wearing a black cloth mask, gray zip-up hoodie, light blue jeans, and black shoes.

3        5.     On January 21, 2022, LVMPD patrol officers were dispatched to a report of an

4   armed robbery at WSS Shoes located at 4440 E. Charleston Blvd, Las Vegas, Nevada 89102.

5   Prior to the report, PEREZ entered WSS Shoes, browsed through the store, and selected a pair

6   of children's Nike shoes. PEREZ then approached the cashier with the Nike shoes in his hand

7   to purportedly purchase the Nike shoes. The cashier rang up the purchase and PEREZ

8   provided the cashier a few bills. When the cashier opened the register to cash out the

9   transaction, PEREZ produced a black semi-automatic handgun with a silver barrel, rested it on

10   the counter pointed towards the cashier, and demanded money from the cash register. In

11   response, the cashier pulled approximately five-hundred, seventy-four dollars ($574) from the

12   cash register and gave it to PEREZ. PEREZ then left towards the front of the store with the

13   Nike shoes and currency. PEREZ was met by the Security Officer and PEREZ brandished the

14   firearm and continued past the Security Officer. The encounter was captured on store

15   surveillance cameras. PEREZ was described as a light-skinned, Black male adult, heavy build,

16   5'8"-5'10", wearing a hunter green ski mask, black hoodie, black jeans, and black shoes.

17   PEREZ also had the same noticeable hobble in his gait when walking through the store as he

18   did in the first armed robbery at the Ross Dress for Less on January 19, 2022.

19        6.     On January 21, 2022, LVMPD patrol officers were dispatched to a report of an

20   armed robbery at DSW Shoes located at 2100 N. Rainbow Blvd., Las Vegas, Nevada 89108.

21   Prior to the report, PEREZ entered DSW browsed through the store and selected a pair of

22   children's Nike shoes. PEREZ then approached the cashier with the Nike shoes and currency in

23   his hand to purportedly purchase the Nike shoes. Once the cashier opened the register, PEREZ

24   stated "I don't want to cause a scene, give me all the money." PEREZ then lifted his jacket and

1    brandished a black semi-automatic handgun, which was tucked in his waistband on the right

2    side, exposing only the handle. In response, the cashier pulled approximately one-hundred, fifty

3    dollars ($150) from the cash register and gave it to PEREZ along with the initial currency

4    PEREZ had given the cashier to pay for the Nike shoes. PEREZ also demanded the cashier lift

5    the register drawer to ensure there was no money underneath, and demanded the cashier open

6    the other registers. The cashier told PEREZ she did not have access to the other registers.

7    PEREZ then left towards the front of the store with the Nike shoes and currency through the

8    front door of the business. The encounter was captured on store surveillance cameras. PEREZ

9    was described as a light skin, Black male adult, medium to heavy build, 5'8"-5'10", wearing a

10   hunter green ski mask, black hoodie, black jeans, and black shoes. The firearm was described as

11   a black and grey semi-automatic handgun.

12          7.      On January 22, 2022, LVMPD patrol officers were dispatched to a report of an

13   armed robbery at DD's Discount located at 2650 E. Desert Inn Road, Las Vegas, Nevada

14   89121. Prior to the report, PEREZ entered DD's Discount, spoke with the loss prevention

15   officer, and then selected a pack of white t-shirts. PEREZ then approached the cashier with the

16   pack of t-shirts and presented a one-hundred-dollar ($100) bill to purportedly purchase the t-

17   shirts. The cashier accepted the bill, opened the register, and lifted the drawer to put the bill

18   underneath. As the cashier lifted the drawer, PEREZ drew a black firearm and placed it on the

19   counter, pointed at the cashier, and told the cashier "Put all those hundreds in the bag right

20   now." In response, the cashier pulled all the hundreds out of the drawer and put the bills in a

21   plastic DD's bag. PEREZ then stated, "Those twenties too." The cashier then put all the

22   twenty-dollar ($20) bills in the bag and asked if PEREZ wanted the coins too. PEREZ said no

23   and left the store with approximately one-thousand dollars ($1,000) from the cash register and

24   the bag of t-shirts. The encounter was captured on store surveillance cameras. PEREZ was

1    described as a Black male adult, heavy build, 5'8", wearing a hunter green ski mask, black

2    hoodie, black jeans, and black shoes. The firearm was described as a black and grey semi-

3    automatic handgun.

4        8.    On January 25, 2022, at approximately 1705 hours, an armed robbery occurred

5    at Game Stop located at 83 N. Nellis Blvd., Las Vegas, Nevada 89110. PEREZ entered Game

6    Stop and spoke with the cashier, with whom he requested help him find a specific video game.

7    The cashier queried the inventory and informed PEREZ he did have the game in stock. The

8    cashier then retrieved the video game case from the shelf and walked back behind the counter

9    where the actual video games were kept. Once the cashier was at the register, PEREZ produced

10    a black firearm and pointed it at the cashier. PEREZ then told the cashier to open the register.

11    The cashier asked PEREZ if he was serious, and PEREZ stated, "I'm not going to talk." The

12    cashier gave PEREZ all the one dollar ($1) bills, but PEREZ demanded more and told the

13    cashier, "Give me the hundreds." The cashier emptied the cash register and put all the cash in

14    the bag and included a tracking device. PEREZ then fled through the front doors with

15    approximately five-hundred and forty-nine dollars ($549) and the tracking device.

16        9.    On January 25, 2022, at approximately 1750 hours, an armed robbery occurred

17    at Reebok located at 7400 S. Las Vegas Blvd., Las Vegas, Nevada 89123. PEREZ entered

18    Reebok and spoke with the cashier, with whom he requested help him select a pair of kid shoes.

19    Once PEREZ had the shoes in his hand, he approached the cashier and waited as the cashier

20    processed the transaction. PEREZ then handed the cashier a one-hundred-dollar ($100) bill and

21    waited for her to open the register. Once the register was open, PEREZ told the cashier to put

22    everything in the bag. The cashier gave PEREZ approximately three-hundred dollars ($300)

23    and immediately shut the cash register. PEREZ became agitated and asked the cashier why she

24    closed the cash register. PEREZ then looked over his shoulder and made a hurried exit out of

8

1    the store with the currency and pair of Reebok kid's shoes. PEREZ was described as a heavy

2    build, Black male adult, 30-40 years old, 5'6", wearing a black baseball cap with white logo,

3    olive green ski mask, black hoodie, black pants, and black shoes. The firearm was described as

4    a black semi-automatic handgun.

5         10.    On January 25, 2022, at approximately 1840 hours, an armed robbery occurred

6    at TJ Maxx located at 2190 N. Rainbow Blvd., Las Vegas, Nevada 89108. PEREZ entered TJ

7    Maxx, selected black Champion socks, and approached the register to purportedly purchase the

8    socks. The cashier asked PEREZ if he was paying with cash or card, at which point, PEREZ

9    presented a twenty-dollar ($20) bill. Once the cashier accepted the payment and opened the

10   cash register, PEREZ drew a black firearm and placed it on the counter pointed at the casher.

11   PEREZ then demanded all the money in the drawer and told the cashier to hurry up or he

12   would shoot her and take the money himself. The cashier emptied the drawer, which contained

13   approximately one-thousand dollars ($1,000), and PEREZ told the cashier to lift the drawer to

14   show PEREZ the drawer was completely empty. PEREZ then fled the TJ Maxx with the

15   currency and the socks. PEREZ was described as a heavy build, Black male adult, 5'8",

16   wearing a black baseball cap, green ski mask, black hoodie, black pants, and black shoes. The

17   firearm was described as a black semi-automatic handgun.

18         11.    On January 25, 2022, at approximately 1907 hours, LVMPD Robbery Detectives

19   received an alert from the tracker PEREZ had received during the robbery of the Game Stop at

20   1705 hours that same day. LVMPD Detective C. Snyder began monitoring the GPS tracker and

21   directed the LVMPD air unit to the area of the GPS data tracker. Around approximately 1921

22   hours, LVMPD Air Unit observed a dark gray Chrysler Town and County minivan (Vehicle 1)

23   matching the location and travel path of the GPS tracker travelling eastbound on Conosa Ave

24   towards Maryland Parkway. Vehicle 1 then turned southbound on 11th Street towards

1   St. Lewis Ave. Vehicle 1 then came to a stop briefly near 1067 Bonita Ave before continuing

2   southbound towards St. Lewis Ave.  LVMPD Officers Balasabas and Rivera, who were

3   operating a marked LVMPD patrol unit, located Vehicle 1 and attempted to conduct a traffic

4   stop on the vehicle using emergency lights and siren. The driver, PEREZ, failed to yield to the

5   emergency vehicle by speeding off at a high rate of speed. Officers Rivera and Balasabas

6   initiated a vehicle pursuit. PEREZ continued to drive at a high rate of speed and failed to stop

7   at numerous red lights. At approximately 1927 hours, Officer Rivera conducted a Pursuit

8   Intervention Technique (P.I.T) maneuver on the vehicle at the intersection of St. Lewis and

9   Maryland Parkway. PEREZ was then taken into custody wearing all black clothing. The driver

10   was positively identified as George PEREZ, by his Nevada Driver's License. PEREZ's physical

11   descriptors also matched that of the robbery suspect from the aforementioned robberies.

12        12.    LVMPD Detective J. Taylor responded to the scene of the arrest and conducted a

13   probable cause search of the vehicle. Inside the vehicle, Detective Taylor located the GPS

14   tracker from Game Stop, an olive-green ski mask, a black hat with a white logo, a Game Stop

15   bag, a TJ Maxx bag, Champion black socks, and a pair of white kid's Reebok shoes. Also

16   located in the vehicle was one-thousand, eight-hundred, ninety-seven dollars and eighty-five

17   cents ($1,897.95). Detective Taylor then directed patrol units to look in the area of 1067/1072

18   Bonita Ave, where the air unit observed the vehicle stop briefly, and the GPS tracker was

19   stationary from approximately 1921-1922 hours. During the canvass of the area, patrol officers

20   located a Taurus G2 9mm handgun, Serial Number: TMT23245 near 1072 Bonita Ave. The

21   firearm was black in color with a silver ejection port. LVMPD crime scene analysts recovered

22   the firearm. An NCIC records checked was conducted. According to the records check, the

23   firearm was reported stolen on October 26, 2021 in Las Vegas, Nevada.

24

13.     Based on my training and experience, the aforementioned firearm is a "firearm" as defined in Title 18, United States Code, Chapter 44, Section 921(a)(3), and was not manufactured in the State and Federal District of Nevada, and for the aforementioned firearm to be possessed in the State and Federal District of Nevada, it had been shipped and transported in interstate commerce.

14.     As a result of PEREZ's actions, interstate commerce, or an item moving in interstate commerce, was actually or potentially delayed, obstructed, or affected in any way or degree, in that Ross Dress for Less, Shoe Palace, WSS Shoes, DSW Shoes, DD's Discount, Reebok, TJ Maxx, and Game Stop all engage in interstate commerce through the sale of products manufactured outside the state of Nevada, including the Raiders Jacket taken in the robbery on January 20, 2022, the Nike shoes taken in the robberies on January 21, 2022; and the Champion socks taken in the robbery on January 25, 2022.

15.     Your Complainant has conducted a review of PEREZ's criminal history and has learned that PEREZ was convicted of Possession of a Controlled Substance in the Eighth Judicial District Court for Clark County, Nevada on or about October 31, 2001, in Case No. C175812. This is an offense punishable by a term of imprisonment exceeding one year. According to Court records, PEREZ pled guilty pursuant to a written plea agreement and was sentenced to 12 to 30 months in prison, suspended, and placed on probation. This probation was subsequently revoked on December 20, 2002. PEREZ was also convicted of Attempt Possession of a Controlled Substance with Intent to Sell, in the Eighth Judicial District Court for Clark County, Nevada on or about January 24, 2006, in Case No. C216823. According to court records, PEREZ pled guilty pursuant to a written plea agreement and was sentenced to 19 to 48 months in prison. PEREZ was also convicted of Burglary in the Eighth Judicial District Court for Clark County, Nevada on or about March 31, 2006, in Case No. C218032. According

1   to court records, PEREZ pled guilty pursuant to a written plea agreement and was sentenced to

2   24 to 60 months in prison. PEREZ was also convicted of two counts of Possession of Credit or

3   Debit Card without Cardholder's Consent in the Eighth Judicial District Court for Clark

4   County, Nevada on or about January 5, 2011, in Case No. C263981. According to court

5   records, PEREZ was found guilty following a jury trial and was sentenced to 4 to 10 years in

6   prison on Count 1 and 24 to 60 months in prison on Count 2. Finally, PEREZ was convicted of

7   Burglary in the Eighth Judicial District Court for Clark County, Nevada on or about February

8   8, 2011, in Case No. C268799. According to court records, PEREZ pled guilty pursuant to a

9   written plea agreement and was sentenced to 48 to 120 months in prison.

## CONCLUSION

11      Based on the foregoing facts and information, I submit that there is probable cause to

12   believe that **GEORGE PEREZ** did commit violations of 18 U.S.C. § 1951(a) –*Interference with*

13   *Commerce by Robbery;* 18 U.S.C. § 924(c)(1)(A)(ii) – *Brandishing a Firearm During and in Relation*

14   *to a Crime of Violence*; and 18 U.S.C. §§ 922(g)(1) and 924(2)(2)– *Felon in Possession of a Firearm.*

Respectfully submitted,

_____

Special Agent Kylie Lowe
Federal Bureau of Investigation

Attested to by the Applicant in accordance with the requirements of Fed. R. Crim. P. 41 by

telephone on this _10th_ day of February 2022.

_____

THE HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE